# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER REVOKING TEMPORARY RELEASE** |
| vs. | ) | |
| Kurt Patrick Netterville, | ) | Case No. 1:16-cr-029 |
| Defendant. | ) | |

On June 7, 2018, the court issued an order temporarily releasing defendant. (Doc. No. 66). The order provided in part that defendant was to report to the Pretrial Services Office in Bismarck by 11:00 a.m. on June 11, 2018, for drug/alcohol testing and further instruction. (Id.)

Defendant did not report to the Pretrial Services Office as directed on June 11, 2018. Consequently, a petition for revocation of his temporary release was filed and a warrant for his arrest was issued. (Doc. No. 67).

The court has since been advised that defendant reported to the Pretrial Services Office on June 12, 2018, and admitted to his supervising officer that he had used methamphetamine while on release. Defendant been taken into custody by the United States Marshal.

As defendant has not strictly adhered to the conditions imposed by the court, his temporary release is hereby revoked and he is remanded back into the custody of the Attorney General or his designated representative. The court will consider whether contempt proceedings will be initiated against defendant.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court